162

707 A.2d 999

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOHN RAMA, DEFENDANT-APPELLANT.

Argued February 2, 1998—Decided March 11, 1998.

*Matthew Astore*, Deputy Public Defender II, argued the cause for appellant (*Ivelisse Torres*, Public Defender, attorney).

*Joan E. Love*, Assistant Prosecutor, argued the cause for respondent (*Clifford J. Minor*, Essex County Prosecutor, attorney).

*Paul H. Heinzel*, Deputy Attorney General, argued the cause for amicus curiae, Attorney General of New Jersey (*Peter Verniero*, Attorney General, attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge D'Annunzio's majority opinion for the Appellate Division, reported at 298 *N.J.Super.* 339, 689 *A.*2d 776 (1997).

*For affirmance*—Chief Justice PORITZ, and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN—7.

*Opposed*—None.